**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
MIKE COSTELLO,

       Plaintiff,                               **CASE NO:   1:11-CV-0286 (RJD) (JO)**
                                                   **ECF CASE**
     v.

GINOS SON PIZZA CORP., a New York        **INITIAL DISCLOSURES**
corporation, d/b/a GINOS TRATTORIA,

       Defendants.

-------------------------------------------------------X

      Plaintiff, TODD KREISLER (hereinafter the "Plaintiff"), by and through his undersigned counsel, files his Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

1. The following people are known by the Plaintiff to be likely to have discoverable information relevant to disputed facts:

   a. Mike Costello
      1801 Dorchester Road
      Brooklyn, New York 11226

   b. Moshe Weitz, P.A.
      244 Poinciana Dr.
      Miami, Florida 33160

2. Description by category of documents, data or tangible things relevant to disputed facts (copy of documents provided to defendants):

   a. None.

3. The plaintiff, Mike Costello, seeks compensable damages in the amount of one-thousand dollars ($1000.00) due to mental anguish and emotional distress suffered by him as a result of being denied full and equal access to, and full and

        equal enjoyment of, the facilities, privileges, benefits and accommodations within the restaurant known as Ginos Trattoria.

4.     There is no insurance agreement relevant to this action.

Dated: New York, New York
      April 18, 2011

                          Respectfully submitted,

                          s/ Adam T. Shore_____
                          Adam T. Shore, Esq. (AS4825)
                          Law Office of Adam Shore
                          Attorney for Plaintiff
                          100 Park Avenue, Suite 1600
                          New York, New York 10017
                          Telephone: (646) 476-4296
                          Facsimile: (646) 390-7422
                          Email: atsesq@gmail.com